SEALED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

FILED

Jul 23 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

for the

## Northern District of California

| | |
|---|---|
| U.S.A. Vs. Harry Corl III | Docket No. 5:18-cr-00576-EJD-1 |

### Petition for Arrest Warrant for Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Defendant: | CORL III, HARRY |
| Name of Judicial Officer: | Susan van Keulen, U.S. Magistrate Judge |
| Date of Release: | March 21, 2019 |
| Charged Offense: | 18 U.S.C. § 1349- Conspiracy to Commit Wire Fraud (Count 1)<br>18 U.S.C. § 1343- Wire Fraud (Counts 2-4)<br>18 U.S.C. § 1956(h)- Conspiracy to Commit Money Laundering (Count 5)<br>18 U.S.C. § 1957(a)- Money Laundering (Counts 6-9) |
| Release Conditions: | The defendant was released on a $50,000 unsecured bond with multiple special conditions of release including supervision by U.S. Pretrial Services and a condition that he appear at all court appearances and surrender for any sentence imposed. |

### Petitioning the Court

For the issuance of a no-bail warrant for the defendant's arrest.

     I, Emily Sanchez, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm, and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct.  The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-PRET 06/25/14

**PETITION FOR ARREST WARRANT**
**RE: Harry Corl III**　　　　　　　　**Docket No. 5:18-cr-00576-EJD-1**

**VIOLATION(S):** The defendant failed to self-surrender to begin serving his sentence as ordered by the Court

1) Mr. Harry Corl III was sentenced to 30 months in custody by the Honorable Edward J. Davila, U.S. District Judge, on March 18, 2024. On June 12, 2024, Defense Counsel proffered an extension of Mr. Corl's self-surrender day to accommodate his recovery from recent hospitalization. Mr. Corl's self-surrender date was changed to July 22, 2024.

2) On July 22, 2024, Mr. Corl failed to surrender to the Federal Correctional Institution (FCI) Danbury in Connecticut, as directed. As of the writing of this warrant petition, his whereabouts are unknown.

Based on the foregoing, there is probable cause to believe that Harry Corl III violated the conditions of his pretrial supervision release. Therefore, I ask the Court to issue an Under-Seal no-bail warrant for his arrest. We ask that the warrant be issued Under Seal so that the defendant does not flee, if he has not already done so.

Respectfully submitted,

*[signature: Emily]*

Emily Sanchez
U.S. Pretrial Services Officer
Place: **San Jose, California**
Date Signed: July 23, 2024


Approved by:

*[signature: Anthony Granados]*

Anthony Granados
Supervisory U.S. Pretrial Services Officer

**PETITION FOR ARREST WARRANT**
**RE: Harry Corl III**                                  **Docket No. 5:18-cr-00576-EJD-1**

Having considered the information set forth above, the Court finds there is probable cause to believe the defendant violated the terms and conditions of his pretrial release.

**THE COURT ORDERS:**

[X]   The issuance of an Under Seal no-bail warrant for the defendant's arrest so that he may be brought before the Court to show cause why bail should not be revoked.

[ ]   Other:


July 23, 2024                                              *Susan van Keulen*
           **Date**                                        **Honorable Susan van Keulen**
                                                           **U.S. Magistrate Judge**


cc:USMS/PTS